IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR79 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CECELIA GALLARDO-IGNACIO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Cecelia Gallardo-Ignacio (Gallardo-Ignacio) for an extension of the pretrial motion deadline (Filing No. 23). A hearing on the motion was held on June 24, 2010. Gallardo-Ignacio acknowledged the additional time needed for her motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. Gallardo-Ignacio's motion for an extension of time to file pretrial motions (Filing No. 23) is granted. Gallardo-Ignacio shall have **to on or before July 23, 2010**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from June 24, 2010 and July 23, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 25th day of June, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge