IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                       Plaintiff,      )<br>                                                      )<br>            vs.                               )<br>                                                      )<br>CECELIA GALLARDO-IGNACIO,  )<br>                                                      )<br>                       Defendant.   ) | 8:10CR79<br><br>ORDER |

Defendant's motion to continue the plea hearing [30] is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **September 20, 2010** at **2:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **August 30, 2010** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 30th day of August, 2010.

BY THE COURT:


s/Thomas D. Thalken
United States Magistrate Judge